JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 13-6498 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Elizabeth Severy, aka Elizabeth L. Lewis, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Elizabeth Severy, aka Elizabeth L. Lewis, in the principal amount of $3,279.99 plus interest accrued to August 28, 2013, in the sum of $4,112.76; with interest accruing thereafter at the daily rate of $$0.86 until entry of judgment, for a total amount of $**7,392.75**.

DATED: October 8, 2013      By: Terry Nafisi
                                 of the Court
                                 Deputy Clerk
                              United States District Court

Page 5